IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Teresa Wylds,                                                      Case No: 3:21-cv-365-JGC

       Plaintiff,

v.                                                                  **ORDER**

Commissioner of Social Security,

       Defendant.

This is an appeal from the denial of Social Security benefits. I referred the petition to a Magistrate Judge for filing of a Report and Recommendation. The Magistrate Judge has filed a Report and Recommendation, recommending that this matter be remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation. (Doc. 18). The Commissioner has stated that he will not be filing an objection. (Doc. 19).

On *de novo* review, I find the Report & Recommendation well-taken in all respects. Accordingly, it is hereby

**ORDERED THAT:**

1. The Report & Recommendation (Doc. 18) be, and the same hereby is, adopted as the order of this court;

2. The petition be, and the same hereby is, remanded to the Commissioner for further proceedings consistent with the Report and Recommendation; and

3. The Clerk of Court shall mark this matter closed.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge